FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO M. ZBIKOWSKI,<br><br>Defendant. | No. 2:20-CR-00186-RMP-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO RECONSIDER PARTIAL PAYMENT OF COURT APPOINTED COUNSEL<br><br>**MOTION GRANTED IN PART (ECF No. 21)** |

Before the Court is Defendant's motion to reconsider partial payment of court appointed counsel, **ECF No. 21**. Defendant recites in his motion that his financial circumstances have changed since he filed his financial affidavit on January 5, 2021, **ECF No. 8**.

After reviewing the submitted material and relevant authority, the Court hereby **GRANTS** the **MOTION IN PART**. **IT IS ORDERED** Defendant shall pay $250.00 (two hundred fifty U.S. dollars) no later than April 5, 2021.

Payment shall be mailed to:
    Clerk of the Court
    Re: case # 2:20-CR-00186-RMP-1
    Thomas Foley Courthouse
    PO Box 1493
    Spokane, WA  99210-1493

**IT IS SO ORDERED.**

DATED March 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1