Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 14 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO M. ZBIKOWSKI,<br><br>Defendant. | Case No. 2:20-CR-00186-RMP<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 500<br>Embezzlement of Money<br>Orders (Counts 1-2)<br><br>18 U.S.C. § 1708<br>Theft of Mail Matter<br>(Counts 3-4)<br><br>18 U.S.C. § 1711<br>Misappropriation of Postal<br>Funds (Count 5)<br><br>18 U.S.C. § 492, 18 U.S.C.<br>§ 981, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about April 11, 2019, and continuing until on or about April 13, 2019, in the Eastern District of Washington, the Defendant, ROLANDO M. ZBIKOWSKI, did knowingly embezzle, steal, and convert to his own use, and

SUPERSEDING INDICTMENT – 1

without authority did convert and dispose of, a blank money order form, to wit: a United States Postal Service money order bearing number 25490789730, provided by and under the authority of the United States Postal Service, in violation of 18 U.S.C. § 500.

## COUNT 2

Beginning on or about August 7, 2019, and continuing until on or about August 14, 2019, in the Eastern District of Washington, the Defendant, ROLANDO M. ZBIKOWSKI, did knowingly embezzle, steal, and convert to his own use, and without authority did convert and dispose of, a blank money order form, to wit: a United States Postal Service money order bearing number 25490797705, provided by and under the authority of the United States Postal Service, in violation of 18 U.S.C. § 500.

## COUNT 3

On or about May 21, 2019, in the Eastern District of Washington, the Defendant, ROLANDO M. ZBIKOWSKI, did knowingly steal and take from a post office mail and packages addressed to individuals other than the Defendant, in violation of 18 U.S.C. § 1708.

## COUNT 4

On or about June 18, 2019, in the Eastern District of Washington, the Defendant, ROLANDO M. ZBIKOWSKI, did knowingly steal and take from a post office mail and packages addressed to individuals other than the Defendant, in violation of 18 U.S.C. § 1708.

## COUNT 5

On or about October 3, 2019, in the Eastern District of Washington, the Defendant, ROLANDO M. ZBIKOWSKI, a United States Postal Service employee, did knowingly convert to his own use money and property under his

control in the execution and under color of his office, employment, or service as a United States Postal Service employee, in violation of 18 U.S.C. § 1711.

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 500, as alleged in Counts 1 and 2 of this Superseding Indictment, the Defendant, ROLANDO M. ZBIKOWSKI, shall forfeit to the United States, all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 500; and any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority; and/or pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 500, as alleged in Counts 1 and 2, and/or 18 U.S.C. § 1708, as alleged in Counts 3 and 4 of this Superseding Indictment, the Defendant, ROLANDO M. ZBIKOWSKI, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT – 3

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 492, and 28 U.S.C. § 2461(c).

DATED this 14 day of April, 2021.

A TRUE BILL

Foreperson

Joseph H. Harrington
Acting United States Attorney

Michael J. Ellis
Assistant United States Attorney

SUPERSEDING INDICTMENT – 4